IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12cv141

| MEINEKE CAR CARE CENTERS, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| Vs. | ) | ORDER |
| BIG JIM'S MUFFLER SHOP, LLC; JAMES R. BUCKLIN; and LAURIE A. BUCKLIN, | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on plaintiff's Motion for a Preliminary Injunction (#2). In accordance with Rule 65(a)(1), Federal Rules of Civil Procedure, a Preliminary Injunction Hearing will be calendared for March 21, 2012, at 11 a.m. Counsel for plaintiff shall promptly provide the named defendants with a copy of this Order and file an appropriate certificate of service. Counsel may serve such notice with the Summons and Verified Complaint if it has not done so already.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for a Preliminary Injunction (#2) is **CALENDARED** for hearing March 21, 2012, at 11 a.m. in the United States Courthouse in Charlotte, North Carolina.

Signed: March 2, 2012

Max O. Cogburn Jr.
United States District Judge